# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**FRANK OBIMPEH,**

    **Plaintiff,**

  v.

    Case No. 2:22-cv-01846
    **JUDGE EDMUND A. SARGUS, JR.**
    **Magistrate Judge Kimberly A. Jolson**

**ALEJANDRO MAYORKAS,**
**Secretary of U.S. Department**
**of Homeland Security,** *et al.,*

    **Defendants.**

## ORDER

This matter is before the Court on the Plaintiff's Motion for Default Judgment (ECF No. 11). This court denied Plaintiff's previous Motion for Default Judgment (ECF. No. 10) and there remains no default on which to move for Default Judgment. Therefore, the Motion for Default Judgment is **DENIED as MOOT**.

    **IT IS SO ORDERED.**


**9/15/2023**                                        **s/Edmund A. Sargus, Jr.**
**DATE**                                              **EDMUND A. SARGUS, JR.**
                                                          **UNITED STATES DISTRICT JUDGE**